18 So.3d 1221 (2009)
Wigins EXANTUS, Appellant,
v.
STATE of Florida, Appellee.
No. 4D06-3886.
District Court of Appeal of Florida, Fourth District.
October 7, 2009.
Rick J. Douglas of Law Firm of Rick J. Douglas, Deerfield Beach, for appellant.
Bill McCollum, Attorney General, Tallahassee, and Katherine Y. Mclntire, Assistant Attorney General, West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Sinclair v. State, 995 So.2d 552 (Fla. 3d DCA 2008).
WARNER, FARMER and LEVINE, JJ., concur.